468 A.2d 839

Commonwealth v. Sharp, Appellant.

Petition for Allowance of Appeal
Denied March 12, 1984.

Submitted March 16, 1983. Charles P. Mirarchi, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.